**[J-22-2017]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GREEN PARTY OF PENNSYLVANIA AND CHERI HONKALA, | : | No. 11 MAP 2017 |
| | : | |
| | : | Appeal from the Commonwealth Court |
| Appellants | : | Order dated February 15, 2017 at No. |
| | : | 43 MD 2017. |
| | : | |
| v. | : | SUBMITTED: February 23, 2017 |
| | : | |
| | : | |
| DEPARTMENT OF STATE BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION AND COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Appellees | : | |

<u>**ORDER**</u>

**PER CURIAM**                                                           **DECIDED: March 3, 2017**

    **AND NOW,** this 3rd day of March, 2017, the order of the Commonwealth Court is

**AFFIRMED.**

    Opinion to follow.

    Justices Donohue, Dougherty and Wecht dissent.